UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Eugene Burnett                )
                              )
_____)
                              )
          Plaintiff,          )
                              )
     vs.                      )    No. 05-2253
                              )    (Supplied by Clerk)
Pat Hartshorn "Sheriff"       )
Nurse Also, Name Unkown       )
                              )
          Defendant(s).       )

FILED
NOV 0 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED
WITHOUT PREPAYMENT OF FEES AND COSTS

I, Eugene Burnett, plaintiff, move the court for leave to proceed without prepayment of fees and costs in the above action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) Single ✓  Married ___  Separated ___  Divorced ___

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center? Yes ( ) No (✓)

B. If so, by whom, what is your position, and what is your pay?

_____

_____

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?

Never

_____

1

D. Have you received money from any other source, including judgments, in the last 6 months? Yes ( ) No (✓) If yes, describe each source and state how much you received.

_____

_____

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? __None__

F. If withdrawals were made from your institutional trust fund account during the past 6 months, please explain when, how much, and the purpose for which funds were used.

_I'm not sure of how much money I had on my books. However what I did have I had to spend to buy food from their store here._

G. How much money do you have in private checking or saving accounts? __None__

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No (✓)

If yes, describe the property and its approximate value:

_____

_____

I. Do you have any debts or obligations? Yes ( ) No (✓)

If yes, list the amount owed, to whom, and any current payments that you are making.

_____

_____

_____

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

_None_

2

K.  Estimate the total amount of income or support that your dependents receive per month on the average, excluding your contributions to them.

_None_

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

_Eugene Burnett_
SIGNATURE

_10-21-2005_
DATE

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of **Illinois**

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **05-2253**

**FILED**
NOV 07 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I, **Eugene Burnett** declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration **P.S.B. 2. East South St. Danville IL 61832**

    Are you employed at the institution? **No**   Do you receive any payment from the institution? **No**

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **Never**

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
    | e. | Gifts or inheritances | ☐ Yes | ☑ No |
    | f. | Any other sources | ☐ Yes | ☑ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Eugene Burnett

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ .10¢ in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____

R. Mitchell / R. Mitchell
(Authorized Officer)

Vermilion Co. Sheriff's Dept.
(Institution)

Correctional Officer / Commissary
(Title)

DATE  10-27-05

IMPORTANT:
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

4

```
10/27/2005                VERMILION COUNTY - JAIL COMMISSARY               Page:    1
                            Account Detail Listing - JC601PPD
                          ======================================


     Cell Number: G 115
      PSB Number:

          Status: Active
            Name: BURNETT, EUGENE C.
         Address:

   Beg Act Date: 09/19/2005
Beg Act Balance:    75.00
End Act Balance:     0.10


==============================================================================


   Trans No        Type   Description                Date         Money Out     Money In
   --------        ----   -----------                ----         ---------     --------


   C 09/19/05       S     COMMISSARY SALES           09/19/2005       23.95         0.00
   C 09/26/05       S     COMMISSARY SALES           09/26/2005       24.75         0.00
   C 10/03/05       S     COMMISSARY SALES           10/03/2005       19.05         0.00
   C 10/11/05       S     COMMISSARY SALES           10/11/2005        7.15         0.00
   *** Total ***
                                                                      74.90         0.00
```

**RECEIVED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NOV 07 2005

CLERK'S OFFICE
URBANA, IL

Eugene Burnett
_____ )
              Plaintiff       )
                              )
                              )
         vs.                  )      Case No. 05-2253
                              )
Pat Hartsthorn                )
Nurse Also Name unknown       )
_____   )
_____   )
              Defendant(s)    )

## COMPLAINT

[☑]   42 U.S.C. §1983 (suit against state officials for constitutional violations)

[ ]   28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

[ ]   Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, **Eugene Burnett**, and states as follows:

My current address is: 2 East South St. Danville IL. 61832

_____


The defendant _____, is employed as _____

_____ at _____

The defendant _____, is employed as _____

_____ at _____

The defendant _____, is employed as _____

_____ at _____

The defendant _____, is employed as _____

_____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
   Yes ☐   No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s)   _____

      Defendant(s)   _____

      _____

   2. Court (if federal court, give name of district; if state court, give name of county)

   _____

2

## STATEMENT OF CLAIM

Place of the occurrence ___Public Safety building. 2 East South St. Danville IL. 61832___

Date of the occurrence ___Aug. 27, 2005 approx.___

Witnesses to the occurrence ___Richard Brown, Steve Martin, Larry Johnson, and D. Miller___

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

My complaint derives from the beginning of my arrest. I informed the booking officers that I had a medical condition, and my skin is sensitive to certain products yet I've seen no nurse or medic to even consider my complaint

I've been sending almost daily request to see or be seen by the nurse or medic. I have what you call eczema, For weeks upon months I've been in here with real bad rashes under my arm, and forarm, and legs. These sores are irretating and sores and I'm about to lose it from the itching and sores. I believe sincerly that the nurse and, or medic gast flat out dont answer indigent people like myself requests.

4

I'm Seeking immediate help from you

sincerly

Mr. Eugene Burnett

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Do to the atrocisusness of these supposed proffessionals I strongly believe that my rights have been violated and the mental anguish that I'm suffering daily should be compensated with monies. I believe that $250,000 should be ample enough restitution to show them to take all complaints serious.

Thank you for your time

**JURY DEMAND**     Yes ☑     No ☐

Signed this __21__ day of __Oct.__, ~~19~~ 2005.

*Eugene Burnett*
( Signature of Plaintiff )

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Address: | Telephone Number: |

6