E-FILED
Tuesday, 08 November, 2005   10:14:05 AM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **EUGENE BURNETT** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 05-2253** |
| **PATRICK HARTSHORN** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** VERMILION COUNTY PUBLIC SAFETY BUILDING at DANVILLE, IL.

      **WE COMMAND** that you produce the body of **EUGENE BURNETT**, who is in your custody at VERMILION COUNTY PUBLIC SAFETY BUILDING before the United States District Court on **WEDNESDAY, NOV. 30, 2005 AT 10:00 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: NOV. 8, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:  s/K. Wynn
      Deputy Clerk