

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

November 28, 2005

Vermilion County Public
Safety Building
TRUST FUND DEPT.
2 E. South St.
Danville, IL.   61832

                Re: EUGENE BURNETT v PATRICK HARTSHORN
                Case No.05-2253

Dear Trust Fund Department:

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. EUGENE BURNETT**.   In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **M**r. EUGENE BURNETT  trust fund ledgers for the period **of  MAY 7, 2005 through NOVEMBER 7, 2005**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

      United States District Court
      Central District Of Illinois
      201 S. Vine St., Room 218
      Urbana, IL 61802

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

                Sincerely,

                <u>s/JOHN M. WATERS, CLERK</u>

                JOHN M. WATERS, CLERK
                U. S. DISTRICT COURT

JMW
cc: