yes this is <u>Eugene Burnett</u> I just want to no what's going on with me "case" can you please let me no

(Case No: 05-2253)
Case No: 05-2270    these are the case's I got with you.

**FILED**
JAN 10 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Write Me Back "OK"