Hey how are you doing this is....;

Eugene Burnett

I'm now out of jail this is my new "Address"

25th 155 Place
Calumet City IL.
60409

So you can write me here "Ok"

**FILED**

JAN 26 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL