yes. this is: Eugene Burnett I'm now out of "jail" in I want to no if I'm going to have a nother court or phone talk with you or some body

I have a number #

(1-773) 480-6263
or
(1-708) 730-1396

ask for Lawanda or Gwen in let them no whats going on

FILED
FEB -3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

05-2253
Burnett v. Hartshorn

When you send me a letter can you send me a number # please

Thank You