E-FILED
Thursday, 16 March, 2006 11:15:25 AM
Clerk, U.S. District Court, ILCD

Eugene Burnett                    Case No. (05-2253)
    Plaintiff

· vs ·

Patrick Hartshorn "Sheriff-Nurse"
    Defendant(s)


Complaint

**FILED**
MAR 16 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Amenden

My Current address is:  25 155th PL
                        Calumet City IL
                        60409-4615
                        Eugene Burnett

# Statement of Claim

Place of the occurrence: <u>Vermilion County Public Safety Building at Danville, IL 61832</u>

Date of the occurrence: <u>Aug. 15. 2005 - Oct. 1, 20</u> <u>Jan 20. 2006</u>

Witnesses to the Occurrence: <u>Steve Martin</u>, <u>Darric Miller</u>, <u>Larry Johnson</u>

(A) The "<u>Nurse</u>" name is "Cooke" this is what she told me but I don't no if this is her real name.

My complaint derives from the beginning of my arrest while going through the booking process at the Public Saftey Building, I consistantly informed the booking officers that I was allergic to "Seafoods" like [fish, Tuna shellfish] in that I have "<u>Eczema Skin</u>" one of the officers told me that I have to wate intel I get up stairs on one of the Blocks you going to; then put in a "Request form" to the "Nurse" so I sad "OK" Now I'm still Down stairs in one of the rooms they keep's us "<u>inmats</u>" in intel we go to court, that was 2 Day's later, now I'm up on one of the Block, that is →

"G-Block" Cell #117, Now I put in a "Request form" to see the "Nurse".

A Day go's Buy she still have'nt came to see me yet, Now their is a inmate on the same Block that I'm on had put a Request in to see the Nurse the same day about seeing the Nurse, So she come in see him, So she call out that inmate that Put in a Request form at the same time I did But I Put in like "10 Request" in the inmate that she call out he put in "1 Request" the Reason how I no is because he was my Celly, Now it's getting Bad, the Nexts Day came I told a C,O's about my skin, all he sad was put in a "Request form" in she will come in see you, I don't no if it's the money or what, She still have'nt been to see me, Now it's going on the 3 week I'm still putting in "Request form," it seem like I'm putting Request form in for nothing. It been like "2 years" sincts In now I'm putting in Request form some "Cream" for my arm's In I'm not getting anything

for it now, it's Oct. 1, 2005 I have been sending "Request" to see the nurse about my "toothack" that I have; now I ask can I see or can she come in take a look at it Becauser it hurt's a lot every time I eat "something" in I do be getting headack somtime to, this stuff been going on for like 3 months — 4 month's in this need to stop

## Relief Requested

Do to the atrocisusness of these supposed proffessionals, I strongly believe that my rights have been violated and the mental anguish that I'm suffering daily should be compensated with monies. I believe that 250 ₅₀₀ should be ample enough restitution to show them to take all complaints serious.

                    Thank you for your
                    time

Jury Demand     Yes ☑    No ☐

2006 - 3-12-06

                    Eugene Burnett

D)

Alg. 15, 2005 — I'm going to starte on the firsts day I got arrest that was on Alg. 15. 2005. Be for I got Book in I was in a littel room been question Buy a ~~Detective~~ in he was ask me all typ of question about the Bike been stodeling so I told him that I don't no what you talking about so he show ~~me~~ me my picter telling me that we got people picking you out saying you was the one ~~who~~ stold the Bike so I sad "no" I'm not the one, I pad for that Bike so he sad if you dont tell me the truth I'm going to lock you up so I sad "OK" he Befor I question you on that I need for you to sind these papers for me I sad what is them paper for, he sad they will help you a lot. So I sad how he sad sind thim first then I will tell you afther you sind thim, so he sad every time you Re-peet ofther me, then put your "E.B." Buy the lind so I sad "OK" now Befor all of this I told him I didn't understand or Comprehend so when I sad that he Stop the tape re-corder in got mad when I ask for a "lawyer" in leth, when he came Back

Alg. 15, 2005
Night time — thats when he told me that I'm been arrest.

Now I'm Down in Booking going through the process at the Public Saftey Building, I consistantly informed the booking officers that I was allergic to "Seafoods" like (Fish, Tuna, Shell Fish) A that I have "eczema Skin" one of the officers told m that I have to waite intel I get up on one —

D

Alg. 15, 2005 — I'm going to starte on the firsts day I got arrest that was on Alg. 15, 2005. Be for I got Book in I was in a littel room been question Buy a ~~Detective~~ in he was ask me all typ of question about the Bike been stoldling so I told him that I don't no what you talking about so he ~~show~~ me my picter telling me that we got people picking you out saying you was the one ~~who~~ stold the Bike so I sad "no" I'm not the one, I pad for that Bike so he sad if you dont tell me the truth I'm going to lock you up so I sad "OK" he Befor I question you on that I need for you to sind these papers for me I sad what is them paper for, he sad they will help you a lot. So I sad how he sad sind them first thea I will tell you afther you sind them, so he sad every time you re-peet ather me, then put your "E.B." Buy the lind so I sad "OK" now Befor all of this I told him I didn't understand or Comprehend so when I sad that he stop the tape re-corder in got mad when I ask for a "lawyer" in leth, when he came Back

Alg. 15, 2005 — thats when he told me that I'm been arrest. Night time

Now I'm Down in Booking going through the process at the Public Saftey Building, I consistantly informed the booking officers that I was allergic to "seafoods" liks (Fish, Tuna, Shell Fish) in that I have "eczema skin" one of the officers told m that I have to wate Intel I get up on one

How can you help me with my case now I'm in here for Receiveing stoldling Property now this is what happen at the beginning when the ~~~~ Detective was question about the "Bike" so he ask me how you get the bike, so I told him I pad for that bike, in I told him ho I got it from, in he told me, I got some picters that people passed you out, saying you was the one he stold the Bike, so I sad I don't no what you talking about, so he sad that if you don't tell me the truth I will lock you up, so I sad that was the truth so he pulled out some papers that I didn't understand or comprehend what he was saying or doing see I was in "L,D class" for my hold life in I told that to my P.D that was my "lawyer" for this case But the Detective when he pull out thim papers he sad who you finsh repeeting other me put your "E.B." one the lind I sad why he sad that it will help you a lot I how he sad it will get you out of this so I did it now I didi9 no what I sind he mad me sind Becaus when he came back he had a tape recorder I told him that can I get a lawyer he got real mad in leth, so he came back in sad "ok" you don't to tell me the truth less go you been arrest I sud why he sad you lied to me, so now I told my P.D he didn't do nothing about it or help me he no I got "L,D" now I got 2 year for probation Because he sad that if I don't take probation you going to go to jail for 6 years for something I didn't do So I'm asking you can you help me "Please"

→ Nov. 10, 2005
It's is 4:46 P.M. Dinner time I had found a piece of wood in my food. I had told the C.O that servedd us that Day.

→ Nov. 13, 2005
It's is 4:45 P.M Dinner time I had found a piece of plate in my food in I check on it in I still didn't see the nurse.