**E-FILED**
Monday, 30 April, 2007 01:57:32 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| EUGENE BURNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05 CV 2253 |
| | ) |
| PAT HARTSHORN and | ) Chief Judge Michael P. McCuskey |
| NURSE, unknown, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF INTEREST

The undersigned, counsel of record for Defendants, PATRICK HARTSHORN and LYNN GALLOWAY, furnishes the following in compliance with Rule 11.3 of this Court:

1.    I am the attorney of record for:  Defendants Patrick Hartshorn and Lynn Galloway in the above-captioned case.

2.    The above-named Defendants are not a corporation.

3.    The firm of HERVAS, CONDON & BERSANI, P.C. is expected to appear on behalf of the above-named Defendants.

Dated:    04/30/07

s/ **Michael W. Condon**

MICHAEL W. CONDON, Atty Bar No. 06192071
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
mcondon@hcbattorneys.com

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| EUGENE BURNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05 CV 2253 |
| | ) |
| PAT HARTSHORN and | ) Chief Judge Michael P. McCuskey |
| NURSE, unknown, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I electronically filed the foregoing ***Certificate of Interest*** with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by certified mail with the United States Postal Service the document to the following non CM/ECF participant:

**TO:**  Mr. Eugene Burnett
25 155th Place
Calumet City, IL 60409
***Pro Se***

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on April 30, 2007, before 5:00 p.m., with the proper postage prepaid.

**s/ Michael W. Condon**
MICHAEL W. CONDON, Atty Bar No.06192071
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mcondon@hcbattorneys.com