IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EUGENE BURNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 CV 2253 |
| ) | |
| PAT HARTSHORN and ) | Chief Judge Michael P. McCuskey |
| NURSE, unknown, ) | |
| ) | |
| Defendants. ) | |

## APPEARANCE

THE FOLLOWING ATTORNEY CERTIFIES THAT THEY ARE ADMITTED TO THE BAR OF THIS COURT AND ARE MEMBERS IN GOOD STANDING

TO: The Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**PATRICK HARTSHORN and LYNN GALLOWAY**

Dated: 04/30/07

s/ Christopher J. Beck
CHRISTOPHER J. BECK, Atty Bar No. 06271931
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
cbeck@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EUGENE BURNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 CV 2253 |
| ) | |
| PAT HARTSHORN and ) | Chief Judge Michael P. McCuskey |
| NURSE, unknown, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I electronically filed the foregoing *Appearance* with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by certified mail with the United States Postal Service the document to the following non CM/ECF participant:

TO:   Mr. Eugene Burnett
      25 155th Place
      Calumet City, IL 60409
      *Pro Se*

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on April 30, 2007, before 5:00 p.m., with the proper postage prepaid.

s/ Christopher J. Beck
CHRISTOPHER J. BECK, Atty Bar No. 06271931
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
cbeck@hcbattorneys.com

2