IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EUGENE BURNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05 CV 2253 |
| | ) |
| PAT HARTSHORN and | ) Chief Judge Michael P. McCuskey |
| NURSE, unknown, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF INTEREST

The undersigned, counsel of record for Defendants, PATRICK HARTSHORN and LYNN GALLOWAY, furnishes the following in compliance with Rule 11.3 of this Court:

1. I am the attorney of record for: Defendants Patrick Hartshorn and Lynn Galloway in the above-captioned case.

2. The above-named Defendants are not a corporation.

3. The firm of HERVAS, CONDON & BERSANI, P.C. is expected to appear on behalf of the above-named Defendants.

Dated: 04/30/07

s/ Zrinka Rukavina
ZRINKA RUKAVINA, Atty Bar No. 06287249
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
zrukavina@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EUGENE BURNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05 CV 2253 |
| ) | |
| PAT HARTSHORN and ) | Chief Judge Michael P. McCuskey |
| NURSE, unknown, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I electronically filed the foregoing *Certificate of Interest* with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by certified mail with the United States Postal Service the document to the following non CM/ECF participant:

**TO:**   Mr. Eugene Burnett
  25 155th Place
  Calumet City, IL 60409
  *Pro Se*

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on April 30, 2007, before 5:00 p.m., with the proper postage prepaid.

  **s/ Zrinka Rukavina**
  ZRINKA RUKAVINA, Atty Bar No. 06287249
  Attorney for Defendants
  HERVAS, CONDON & BERSANI, P.C.
  333 Pierce Road, Suite 195
  Itasca, IL 60143-3156
  Phone: 630-773-4774
  Fax: 630-773-4851
  zrukavina@hcbattorneys.com