IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EUGENE BURNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05 CV 2253 |
| | ) |
| PAT HARTSHORN and | ) Chief Judge Michael P. McCuskey |
| NURSE, unknown, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSE
TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COME the Defendants, PATRICK HARTSHORN and LYNN GALLOWAY, by and through one of their attorneys, MICHAEL W. CONDON of HERVAS, CONDON & BERSANI, P.C., and, in answer to Plaintiff's Amended Complaint, state as follows:

**PREFATORY REMARKS**

Plaintiff's *pro se* amended complaint does not contain a series of separate numbered paragraphs as required under Fed. R. Civ. P. 10. Nonetheless, because Plaintiff's pleading is filed *pro se*, Defendants Hartshorn and Galloway accord it a liberal interpretation in accordance with *Haines v. Kerner*, 404 U.S. 519 (1972), and do not seek dismissal on those grounds. Accordingly, Defendants Hartshorn and Galloway will respond to Plaintiff's Amended Complaint with a general narrative on a sentence-by-sentence basis.

**Statement of Claim**

1. The "Nurse" name is "Cooke" this is what she told me but I don't [kn]no if this is her real name.

**ANSWER:** Defendants state that they have knowledge insufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 1 of Plaintiff's Amended Complaint and, therefore, neither admit nor deny said allegations. Defendants affirmatively state that the name of the jail nurse is Nurse Lynn Galloway.

2. My complaint derives from the beginning of my arrest while going through the booking process at the Public Safety Building. I consistantly [sic] informed the booking officers that I was allergic to "seafoods" like (fish, tuna, shellfish) in that I have "Eczema skin."

**ANSWER:** Defendants admit only that Plaintiff told the booking officer that he was allergic to seafood. Defendants deny the remaining allegations contained in paragraph 2 of Plaintiff's Amended Complaint.

3. One of the officers told me that I have to wate [sic] intel [sic] I get up stairs on one of the Blocks you going to; then put in a "Request Form" to the "Nurse" so I sad [sic] "OK."

**ANSWER:** Defendants state that they have knowledge insufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 3 of Plaintiff's Amended Complaint and, therefore, neither admit nor deny said allegations.

4. Now I'm still down stairs in one of the rooms they keeps us "inmates" in intel [sic] we go to court, that was 2 days later, now I'm up on one of the Block, that is "G-Block" Cell #117.

**ANSWER:** Defendants state that they have knowledge insufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 4 of Plaintiff's Amended Complaint and, therefore, neither admit nor deny said allegations.

5. Now I put in a "Request Form" to see the "Nurse." A day go's buy [sic] she still haven''t came to se me yet.

**ANSWER:** Defendants state that they have knowledge insufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 5 of Plaintiff's Amended Complaint and, therefore, neither admit nor deny said allegations. Defendants affirmatively state that a review of Plaintiff's file from the jail does not indicate that he put in any request forms to see the nurse.

6. Now their is a inmate on the same Block that I'm on had put a Request in to see the Nurse the same day about seeing the Nurse, so she come in see him, so she call out that inmate that put in a Request Form at the same time I did but I put in like "10 Request" in [sic] the inmate that she call out he put in "1 Request." The reason how I [kn]ow is because he was my celly.

**ANSWER:** Defendants state that they have knowledge insufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 6 of Plaintiff's Amended Complaint and, therefore, neither admit nor deny said allegations. Defendants affirmatively state that a review of Plaintiff's file from the jail does not indicate that he put in any request forms to see the nurse.

7. Now it's getting bad, the nexts [sic] day came I told a COs about my skin, all he sad [sic] was put in a "Request Form" in [sic] she will come in [sic] see you.

**ANSWER:** Defendants state that they have knowledge insufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 7 of Plaintiff's Amended Complaint and, therefore, neither admit nor deny said allegations. Defendants affirmatively state that a review of Plaintiff's file from the jail does not indicate that he put in any request forms to see the nurse.

8. I don't [kn]ow if it's the money or what. She still haven't been to see me.

**ANSWER:** Defendants state that they have knowledge insufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 8 of Plaintiff's Amended Complaint and, therefore, neither admit nor deny said allegations. Defendants affirmatively state that a review of Plaintiff's file from the jail does not indicate that he put in any request forms to see the nurse.

9. Now it's going on the 3 week I'm still putting in "Request form," it seem like I'm putting Request form in for nothing.

**ANSWER:** Defendants state that they have knowledge insufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 9 of Plaintiff's Amended Complaint and, therefore, neither admit nor deny said allegations. Defendants affirmatively state that a review of Plaintiff's file from the jail does not indicate that he put in any request forms to see the nurse.

10. It been like "2 years" sincts [sic] in now I'm putting in Request form some "cream" for my arm's in [sic] I'm not getting anything for it now.

**ANSWER:** Defendants state that they have knowledge insufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 10 of Plaintiff's Amended Complaint and, therefore, neither admit nor deny said allegations. Defendants affirmatively state that a review of Plaintiff's file from the jail does not indicate that he put in any request forms to see the nurse.

11. It's Oct. 1, 2005 I have been sending "Request" to see the nurse about my "toothack" [sic] that I have; now I ask can I see or can she come in [sic] take a look at it because it hurts a lot every time I eat "something" in [sic] I do be getting haedack [sic] sometime to.

**ANSWER:** Defendants make no response to the allegations contained in paragraph 11 of Plaintiff's Amended Complaint because this Honorable Court has limited Plaintiff's claim for denial of medical treatment relating to his eczema condition.

12. This stuff been going on for like 3 months–4 months in [sic] this need to stop.

**ANSWER:** Defendants deny the allegations contained in paragraph 12 of Plaintiff's Amended Complaint.

WHEREFORE, the Defendants, PATRICK HARTSHORN and LYNN GALLOWAY, deny that the Plaintiff is entitled to any judgment whatsoever against them and pray this Honorable Court will enter a judgment in their favor and allow for the costs of defending this lawsuit.

**DEFENDANTS DEMAND TRIAL BY JURY**

Respectfully submitted,

**s/ Michael W. Condon**
Michael W. Condon, Atty Bar No. 06192071
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com

4

## **FIRST AFFIRMATIVE DEFENSE**

NOW COME the Defendants, PATRICK HARTSHORN and LYNN GALLOWAY, by and through their attorney, MICHAEL W. CONDON of HERVAS, CONDON & BERSANI, P.C., and for their First Affirmative Defense to Plaintiff's Amended Complaint, Defendants state as follows:

The Defendants did not violate any clearly established constitutional right of which a reasonable person would have known, thus entitling them to qualified immunity.

WHEREFORE, the Defendants, PATRICK HARTSHORN and LYNN GALLOWAY, deny that the Plaintiff is entitled to any judgment whatsoever against them and pray this Honorable Court will enter a judgment in their favor and allow for the costs of defending this lawsuit.

Respectfully submitted,

**s/ Michael W. Condon**
Michael W. Condon, Atty Bar No. 06192071
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EUGENE BURNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05 CV 2253 |
| | ) |
| PAT HARTSHORN and | ) Chief Judge Michael P. McCuskey |
| NURSE, unknown, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2007, I electronically filed the foregoing ***Defendants' Answer and Affirmative Defense to Plaintiff's Amended Complaint*** with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by certified mail with the United States Postal Service the document to the following non CM/ECF participant:

**TO:**   Mr. Eugene Burnett
25 155th Place
Calumet City, IL 60409
***Pro Se***

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on April 30, 2007, before 5:00 p.m., with the proper postage prepaid.

s/ Michael W. Condon
MICHAEL W. CONDON, Atty Bar No. 06192071
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com
