IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EUGENE BURNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05 CV 2253 |
| | ) |
| PAT HARTSHORN and | ) Chief Judge Michael P. McCuskey |
| NURSE, unknown, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2007, I electronically filed this certificate of service for ***Defendants' Interrogatories to Plaintiff*** AND ***Defendants' Request for Production of Documents to Plaintiff*** with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by certified mail with the United States Postal Service the documents referenced herein to the following non CM/ECF participant:

**TO:** Mr. Eugene Burnett
25 155th Place
Calumet City, IL 60409
***Pro Se***

by depositing copies of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on May 23, 2007, before 5:00 p.m., with the proper postage prepaid.

s/ Michael W. Condon
MICHAEL W. CONDON, Atty Bar No. 06192071
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com