UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2253 |
| | ) | |
| EUGENE BURNETT, | ) | |
| Defendant. | ) | |

### RULE TO SHOW CAUSE

**To:**   **Eugene Burnett**
**25th 155 Place**
**Calumet City, IL 60409**

This cause came before the Court for a Rul;e 16 scheduling conference by personal appearance pursuant to the Court's [12] Scheduling Order dated March 14, 2007, a copy of which was mailed to the plaintiff at the above address on March 14, 2007, and is attached hereto as Exhibit A. The Order directed the parties "to appear in person for this hearing at the U.S. Courthouse, 201 S. Vine Street, Urbana, Illinois. Counsel for the defendant, Michael W. Condon, appeared in person as directed. The plaintiff, Eugene Burnett, did not appear nor did he contact the Court to indicate any unavailability or any delay in arrival. Consequently, the Plaintiff is ruled to show cause why this law suit should not be dismissed for want of prosecution and for failure to comply with Court Orders.

**IT IS THEREFORE ORDERED** that Plaintiff, Eugene Burnett, is ordered to **personally appear** before the undersigned at the U.S. District Courthouse, 201 S. Vine Street, Urbana, Illinois, on **June 15, 2007, at 9:30 a.m.**, to show cause, if any he can, why this suit should not be dismissed for lack of prosecution and for failure to comply with the Court's Order of March 16, 2007. Failure

to appear on June 15, 2007, can result in summary dismissal of the Plaintiff's Complaint with prejudice. The Clerk is directed to mail this Order by certified mail, return receipt requested, to the Plaintiff's last known address.

ENTERED this 31st day of May, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE

EXHIBIT A

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | | |
|---|---|---|
| EUGENE BURNETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-2253 |
| | ) | |
| PATRICK HARTSHORN, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Pursuant to 28 U.S.C. § 1915A, Plaintiff's cognizable claims have been identified in a prior court order. Plaintiff has been granted leave to proceed *in forma pauperis*, and has been directed to make monthly payments of twenty percent (20%) of his previous month's income to the Clerk of the Court until the filing fee of $250.00 is paid in full. These payments must be collected even if Plaintiff decides not to proceed with the case or the case is otherwise dismissed. *See* 28 U.S.C. § 1915(b)(1).

**IT IS THEREFORE ORDERED** that the Clerk shall prepare for each Defendant: 1) a Notice of Lawsuit and Request for Waiver of Service of Summons; and 2) a Waiver of Service of Summons. The Clerk is directed to mail said forms, a copy of the Complaint, and this Scheduling Order to each Defendant's work address or employer address as provided by Plaintiff. If a Defendant fails to sign and return the Waiver to the Clerk within 30 days from the date said forms were sent, the Court will take appropriate steps to effect formal service on that Defendant and will require that Defendant to pay the full costs of formal service, to the extent authorized by the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Plaintiff shall serve upon Defendants (or upon defense counsel once an appearance is entered), a copy of every further pleading or other document submitted for consideration by the court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date on which a true and correct copy of any document was mailed to Defendants or their counsel. Any paper received by a district judge or magistrate judge that has not been filed with the Clerk or that fails to include a certificate of service will be stricken by the court.

**IT IS FURTHER ORDERED** that this cause is set for further scheduling procedures under Fed. R. Civ. P. 16 on **May 31, 2007**, **at 1:30 p.m.**, before the Honorable Michael P. McCuskey in Courtroom A. The parties are directed to appear in person for this hearing at the U.S. Courthouse, 201 S. Vine Street, Urbana, IL 61802.

**IT IS FURTHER ORDERED** that counsel for Defendants is hereby granted leave to

depose Plaintiff at a mutually convenience time and place. Counsel for Defendants shall arrange the time for the deposition.

       **IT IS FURTHER ORDERED** that Plaintiff immediately notify the court of any change in his mailing address and telephone number. Failure to notify the court of any change in the mailing address will result in dismissal of this lawsuit, with prejudice.

       **IT IS FURTHER ORDERED** that the Clerk is to notify the parties of their option to consent to disposition of this case before a United States Magistrate Judge by providing Plaintiff with a magistrate consent form and accompanying court explanation. Upon receipt of a signed consent from Plaintiff, the Clerk is further directed to forward the consent to Defendants for consideration.

       ENTERED this  14th  day of March, 2007

       **s/ Michael P. McCuskey**
       MICHAEL P. McCUSKEY
       CHIEF U.S. DISTRICT JUDGE