IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EUGENE BURNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05 CV 2253 |
| | ) |
| PAT HARTSHORN and | ) Chief Judge Michael P. McCuskey |
| NURSE, unknown, | ) |
| | ) |
| Defendants. | ) |

### MOTION TO WITHDRAW APPEARANCE OF
### CHRISTOPHER J. BECK

MICHAEL W. CONDON, an attorney, hereby moves to withdraw the appearance of CHRISTOPHER J. BECK as counsel for Defendants, PATRICK HARTSHORN and LYNN GALLOWAY, in the present matter.

In support of this motion, the undersigned states:

1. Christopher J. Beck is no longer employed by Hervas, Condon & Bersani, P.C., the firm representing the above named Defendants in this matter.

2. Michael W. Condon and Zrinka Rukavina will remain as counsel for the above named Defendants.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order permitting the withdrawal of Christopher J. Beck's appearance as counsel in this matter.

s/Michael W. Condon
MICHAEL W. CONDON, Atty. Bar No. 06192071
Attorney for the Defendants, Patrick Hartshorn and Lynn Galloway
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mcondon@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| EUGENE BURNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05 CV 2253 |
| | ) |
| PAT HARTSHORN and | ) Chief Judge Michael P. McCuskey |
| NURSE, unknown, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2007, I electronically filed the foregoing *Motion to Withdraw Appearance of Christopher J. Beck* with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by certified mail with the United States Postal Service the document to the following non CM/ECF participant:

**TO:** Mr. Eugene Burnett
25 155th Place
Calumet City, IL 60409
*Pro Se*

by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on July 11, 2007, before 5:00 p.m., with the proper postage prepaid.

**s/ Michael W. Condon**
MICHAEL W. CONDON, Atty Bar No. 06192071
Attorney for Defendants Patrick Hartshorn and Lynn Galloway
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com

2