**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| EUGENE BURNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-2253 |
| | ) | |
| PATRICK HARTSHORN, sued as | ) | |
| Sheriff Patrick Hartshorn, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

A Report and Recommendation (#26) was entered by Magistrate Judge David G. Bernthal in the above cause on June 27, 2007. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See U.S.C. § 636(b)(!). The Recommendation of the Magistrate Judge is, therefore, accepted by the Court. See Video Views, Inc. V. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1)  Plaintiff's complaint is dismissed with prejudice for his failure to prosecute the case.

(2)  This case is terminated.

ENTERED this 17th day of July, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE