# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**EUGENE BURNETT,**
       **Plaintiff,**

vs.         Case Number: **05-2253**

**PATRICK HARTSHORN,**
       **Defendant.**

☐ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for want of prosecution.

ENTER this 17th day of July, 2007.

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Talbott
BY:  DEPUTY CLERK